

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00381-CV

| | | |
|---|---|---|
| Dalworth Restoration, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (17-237012-09) |
| v. | § | May 15, 2014 |
| Mrs. Angie Rife-Marshall | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a take-nothing judgment for Dalworth Restoration, Inc.

It is further ordered that appellee Mrs. Angie Rife-Marshall shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
 Chief Justice Terrie Livingston